UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN-ROBERT ORIGINALS, LLC,<br><br>     Plaintiff-Intervenor,<br><br>v.<br><br>VALLEY FORGE INSURANCE COMPANY,<br><br>     Defendant. | Case No.: 17-CV-03016<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE OF INTERVENOR CLAIMS AGAINST VALLEY FORGE INSURANCE COMPANY |

  The undersigned, attorneys for all remaining parties in this action, agree and stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the voluntary dismissal with prejudice of the claims in the Complaint in Intervention filed on behalf of Plaintiff Steven-Robert Originals, LLC against the Defendant Valley Forge Insurance Company.

2. Defendant Valley Forge Insurance Company and Plaintiff Steven-Robert Originals, LLC shall each bear its own costs and attorneys' fees.

3. Each undersigned representative of the parties certifies that he or she is fully authorized to enter into and execute the terms and conditions of this Stipulation of Dismissal with Prejudice.

Dated: New York, New York
    January 19, 2018

4546780v1

MONTGOMERY MCCRACKEN WALKER & RHOADS LLP

By: *[signature]*
Charles Palella
437 Madison Avenue, 29th Floor
New York, NY 10022
Phone: (212) 867-9500
*Attorneys for Plaintiff
Steven-Robert Originals, LLC*

CNA COVERAGE LITIGATION GROUP

By: *[signature]*
Marian S. Hertz
125 Broad Street 7th Floor
New York, NY 10004
Phone: (212) 440-2743
*Attorneys for Defendant,
Valley Forge Insurance Company*